IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 APR 15 P 1: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

David McCainey, AIS 269179
_Names of Plaintiffs are attached hereto_ )
Full name and prison number
of plaintiff(s)

v.

_Robert Bentley, Governor;_
_Cam Ward, State Senator;_
_Kim Thomas, Commissioner;_
_Christopher Gordy, Warden;_
_Mike Hubbard, Representative_
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

2:14-cv-410-MEF-SRW

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiff(s) _N/A_

          Defendant(s) _N/A_

       2. Court (if federal court, name the district; if state court, name the county) _N/A_

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility, for the Alabama Department of Corrections_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alabama State House; Governor's office through the A.D.O.C. prison facilities._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME          ADDRESS

1. _Mike Hubbard; 11 South Union Street; Montgomery, Ala. 36130_
2. _Robert Bentley; C 600 Dexter Ave; Rm. N-104, Mont. Ala. 36130_
3. _Kim Thomas; 301 S. Ripley Street; P.O. Box 301501, Mont. Ala. 36130_
4. _Christopher Gordy; 379 Hwy. 239 N.; Clayton, Ala. 36016_
5. _Cam Ward; 124 Newgate Rd.; Alabaster, Al. 35007-8407_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Past, Present and future, warranting intervention from this Honorable Court to protect U.S. Citizens._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Conspiracy by Defendant(s) herein, violates Plaintiff's 8th and 14th Amendment(s) rights of the U.S. systemic deficiencies._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants acting in a concerted conspiracy, to systemic their overcrowded prison facilities with severe overcrowing, that is heightened by the dormitory living arrangements, with bunks packed together too closely; the security, sanitation, plumming, classification, and parole are impossible to maintain constitutional requirements as mandated. Thereby, this U.S. Dist. Ct. is under a duty to intervene to protect incarcerated citizens from such wholesale infringements of Plaintiffs clearly established rights.

GROUND TWO: *The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.*

SUPPORTING FACTS: *The dilapidation of the physical structures in Ala. Penal System, contributes to extremely unsanitary living conditions. Most of the windows are broken and unscreened, creating a serious problem with mosquitoes, flies and countless other insects. Old and filthy cotton mattresses has lead and continues to lead to the spread of contagious diseases and body lice. Nearly all inmates living quarters are inadequately heated and ventilated. Most of the dorms have broken and/or outdated smoke detectors and are totally inadequate.*

GROUND THREE: *The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.*

SUPPORTING FACTS: *The inmate population contains a number of aged and infirm, who are often housed in dormitories in which conditions are particularly hazardous. There are no special programs to meet the needs of these people, and they are frequently un-protected from the general population. Many are scarcely able to move without help, with no adequate means of evacuation in the event of a fire, or other physical emergency to which the elderly are susceptible. In this idleness, filth and despair, the condition of these inmates can only be expected to deteriorate further.*

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff's seek a trial by Jury. Also, declaratory and protective injunction relief under 42 USC § 1983; 1985; 1986; and 42 USC § 1988. Also under 18 USC § 241 and 242 of the U.S. Code Service. This Class Action is under 28 U.S.C. §§ 1343, 2201 and 2202. Also, under Rule 52 and 23(a) and (b)(2) of the F.R.C. Pro. Plaintiffs Seek compensatory damages and monetary damages for the lost of Plaintiff's [r]ights in the sum of $250,000,000.00

_____ Jack L. Hall #252285
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __11-12-2013__.
(Date)

Jack L. Hall #252285
Signature of plaintiff(s)

2. Dymons Stratton #279365
3. Dashilo Cherry #194996
4. Michael Alexander #177711
5. Mankeste Khallen #259174
6. David McCainey #133469
7. Brad Culver #183424
8. Demarios McCall #210161
9. Everett Griffin #200423
10. Nathan Roberson #206392
11. Christopher Cockrell #221071
12. DeJuan Richey #251235
13. James A. Perdue #145404
14. Corey Clark #172448
15. Jihad Ra'uf 194030

16. Marlon T. Dailey #189344
17. Rejinald White Jr. #251345
18. Brendon Crede #283082
19. Tracy Hood #284719
20. Richard Hoyd #251618
21. Timothy Maubt #258356
22. Anathn Roby 247432
23. Emmitt Jones 161334  #24-A
24. Robert James Shurff - 151346
25. Kenneth Brown 276226
26. Timothy L. Hooks #226446
27. Aaron Young 265807
28. Jeremy Grissom 284247
29. Michael Oliver 154128

4

| # | Name | ID | # | Name | ID |
|---|---|---|---|---|---|
| 30) | Jeremy Owens | 259726 | 62) | Jonathan Quarles | 275341 |
| 31) | Corey Thomas | 261827 | 63) | Samuel M. Foots | 210278 |
| 32) | Michael Stevenson | 262775 | 64) | Demetrius Jordan | 162730 |
| 33) | Michael Baker | 228870 | 65) | Lenzy Gibson | 260606 |
| 34) | Timothy Fox | 275599 | 66) | Timothy Maddox | 277883 |
| 35) | Gregory Jackson | 128914 | 67) | William Leonard | 273398 |
| 36) | Ollie Durr | 165940 | 68) | Ian Hubbard | 266982 |
| 37) | Jerry Lewe | 169573 | 69) | Mikal Campbell | 222912 |
| 38) | Terrence Salter | 286952 | 70) | Brandon Thompson | 217751 |
| 39) | Jason Stewart | 284750 | 71) | Jackson Young | 230430 |
| 40) | Gregory Williams | 144700 | 72) | Sidney Dunaway | 242694 |
| 41) | Quintin Hogan | 260677 | 73) | Ivan Johnson | 206812 |
| 42) | Kenneth Boggan | 133556 | 74) | Anthony Marbury-EL | 226054 |
| 43) | Nathan Thigpen | 191396 | 75) | Eshon Stedghill-Bey | 233633 |
| 44) | Kardar Clark | 280996 | 76) | Michae-EL Morris-B | 149954 |
| 45) | Jason Hill | 189756 | 77) | Lavern Wilson | 175723 |
| 46) | Antonio Greene | 273099 | 78) | Michael McCollum | 181885 |
| 47) | Cardell J. Craig-EL | 275370 | 79) | Jerry Miller | 249592 |
| 48) | Robert Wright | 278248 | 80) | Walter McRath | 289849 |
| 49) | Anthony Hood | 201226 | 81) | Michael Godsey | 282804 |
| 50) | Joseph Owens #279679 | | 82) | Kenneth Cooper | 170731 |
| 51) | Patrick Kirkman #261920 | | 83) | Hiram Baldwin | 263340 |
| 52) | Rodney Woodgett #239661 | | 84) | Joseph Allen | 172053 |
| 53) | Markist Connell | 284901 | 85) | Demetrice Russell | 250041 |
| 54) | Bryon Phillips | 231727 | 86) | John Martin | 290324 |
| 55) | John Lee | 270456 | 87) | John Bell | 287785 |
| 56) | Franklin Collins | 150739 | 88) | Romero Jackson | 274236 |
| 57) | Quen Armstrong | 286803 | 89) | Travis Plummer | 243798 |
| 58) | Yuriel Duff | 264521 | 90) | William Jones | 123742 |
| 59) | (illegible) | 159350 | 91) | Raymond Britt | 280182 |
| 60) | Peter Hampton | 150165 | 92) | Hakim Diaby | 266979 |
| 61) | James Lacey | 247019 | 93) | Emmett Thomas | 155564 |

# STATE OF ALABAMA
### Department of Corrections
### Inmate Stationary

| # | Name | # | Name |
|---|---|---|---|
| 94) | Julius Holtzclaw #178149 | 126) | Manuel George 199371 |
| 95) | Ronald Grier 163608 | 127) | Donald Nees 286305 |
| 96) | Michael Lewis 145806 | 128) | Jerrick McInnew #280760 |
| 97) | Robert White 288959 | 129) | Ricky Allen #221046 |
| 98) | Bill Perry 278309 | 130) | Kevin McKinnon #223543 |
| 99) | Terence V Haggood AIS 288256 | 131) | Willie Montgomery #127219 |
| 100) | Steven Lee Anderson SR. 286382 | 132) | Brown, El Robert 212197 |
| 101) | James L Smith 278572 | 133) | Roger Evans 221208 |
| 102) | Guy Dudley 132684 | 134) | Reginald McBride 172443 |
| 103) | Danny Bailey 289764 | 135) | Jew Dewey 162484 |
| 104) | Thomas Benson 225039 | 136) | David Williams 186904 |
| 105) | Timothy Anthony 197996 | 137) | Frederic Howard 198122 |
| 106) | Brenthion Matthews 275740 | 138) | Ronald Harris 150566 |
| 107) | Marvin Walton 201286 | 139) | Laregis Ferrell 240166 |
| 108) | Wayne Whitten 288099 G2-18A | 140) | Patrick Cochran 277488 |
| 109) | Michael Jimerson 286337 G1-3B | 141) | Charles Molan 207663 |
| 110) | Leslie Browning 262967 DV33B | 142) | Terry Young 231231 |
| 111) | Ronald L. Gordon 282928 D47A | 143) | Roosevelt Horton 160673 |
| 112) | Curtis N Ramsey 249622 G2-30B | 144) | Daniel Johnson 287977 |
| 113) | Travis Williams 205573 E-19B | 145) | Clarence Gandy #282694 |
| 114) | Darwin McAlpin 168207 | 146) | David W. Huntington JR 272066 |
| 115) | Jerry L Lett 290614 B1-47A | 147) | Chris Tackaberry 243349 |
| 116) | Courtney L Cook 199996 F431BB | 148) | Jason Brumberry 219275 |
| 117) | Jermaine R Scott 271741 E413A | 149) | Douglas Giles 13 39040 |
| 118) | Clemitay A. Helms #259202 | 150) | Miguel Caban 28421 |
| 119) | Danny Hansel 216151 | 151) | Michael Milton 290017 H-73-A |
| 120) | William Hughes 228116 | 152) | Demetrius Jordan 162730 |
| 121) | Ivan Johnson 206812 H-22A | 153) | Nakia Nelson 176121 |
| 122) | K Zook 159730 | 154) | Quinton Powell 234741 |
| 123) | William Helms 279796 | 155) | Joselyn Mault 258356 H-67-A |
| 124) | Clifford B. Ellis #208226 | 156) | James Preston 255044 |
| 125) | Robert James Shinn Jr - 151346 | 157) | Anthony Fairley 245755 |



NAME Jason J. Hall   AIS #252285   DORM M/100-A
VENTRESS CORRECTIONAL FACILITY
P.O. BOX 767
Clayton, AL 36016

MONTGOMERY AL
14 APR 2014 PM

Alabama Middlle
United States District Courts
Post Office Box 711
Montgomery, Al. 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

✳ Legal Mail ✳

36101071111



NAME Jason J. Hall   AIS #252985   DORM #H1
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Alabama Middle
United States District Courts
P.O. Box 711
Montgomery, Al. 36101